# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BERTHA JOUANDOT AND RONALD
JOUANDOT

NO.   2023 CW 0481

VERSUS

TOWN OF MADISONVILLE, KEEP
MADISONVILLE BEAUTIFUL, AND
MELISSA LACOSTE

**AUGUST 14, 2023**

---

In Re:   Melissa B. Lacoste, applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany,
         No. 202215034.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

                         PMc
                         CHH
                         SMM

COURT OF APPEAL, FIRST CIRCUIT

a.s.O
_____
DEPUTY CLERK OF COURT
    FOR THE COURT